AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 17 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Louie Revette | ) | Case No. 2:18 mj 8 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 15, 2018__ in the county of __Covington__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 922(g)(1) | Unlawful possession of a firearm by a prohibited person. |

This criminal complaint is based on these facts:
See Affidavit of FBI TFO Stephon Harris attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stephon Harris/FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 17, 2018__

_____
*Judge's signature*

City and state: __Hattiesburg, Mississippi__     Honorable Judge Michael Parker
*Printed name and title*
US Magistrate Judge

## UNDERLYING FACTS

I, STEPHON E. HARRIS, currently assigned to the Jackson Division, Hattiesburg Resident Agency of the Federal Bureau of Investigation, hereinafter referred to as the FBI, hereinafter referred to as Affiant, being duly sworn, do state the following:

As a Task Force Officer of the FBI, your Affiant is an investigative law enforcement officer of the United States of America within the meaning of Title 18 U.S.C., Section 2510(7). As such, Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18 U.S.C., ~~Section 2516~~. *SEH / MP*

Affiant has been employed as a Task Force Office of the FBI since August 2017. Affiant is currently a Task Force Officer of the Southeast Mississippi Safe Streets Task Force in Hattiesburg, Mississippi. Prior to being assigned to the Federal Bureau of Investigation, Affiant earned a Bachelor of Arts Degree in Criminal Justice with a Minor in Spanish at the University of Southern Mississippi. Affiant gained law enforcement experience as a Patrolman, Sergeant and Lieutenant with the Hattiesburg Police Department for approximately seven and half years and as a Narcotics Investigator with the Mississippi Bureau of Narcotics Hattiesburg District Office for approximately four years.

For the majority of my employment with the FBI, Affiant has been assigned responsibilities to investigate Federal crimes involving narcotics, gangs, violent crimes, human trafficking, money laundering, white collar crimes and general criminal matters. At all times during the investigation described in this affidavit, Affiant has been acting in an official capacity as a Task Force Officer of the FBI.

This affidavit is produced for the sole purpose of establishing probable cause and therefore does not include all facts known to Affiant. As a result of Affiant's participation in this investigation, reports made to him by other federal agents and local law enforcement officers involved in the investigation, Affiant is familiar with all aspects of this investigation. On the basis of this familiarity, Affiant declares that the facts contained in this Affidavit show that there is probable cause to believe that LOUIE BERNARD REVETTE, hereinafter referred to as REVETTE, has committed a violation Title 18, United States Code, Section 922(g) – Possession of a Firearm by a Convicted Felon.

On Monday, April 16, 2018 at approximately 6:43 a.m., this affiant was contacted by Covington County Sheriff's Office (CCSO) Deputy Sheriff Layne McLaurin in reference to CCSO Deputies arresting LOUIE REVETTE for the Possession of Marijuana and DUI Other. Deputy Sheriff McLaurin advised that Deputies responded to an alarm call for service at Bryant's Grocery Store in Seminary, Mississippi on Sunday, April 15, 2018 at approximately 11:53 a.m. Deputy Sheriff McLaurin advised that Deputies located a tan Chevrolet Z-71 (bearing MS tag 4AD951) sitting in the parking lot. Deputy Sheriff McLaurin also advised that Deputies located a white male sitting in the driver seat, unresponsive. Deputies made contact with the white male, later identified as LOUIE REVETTE, who stated that he had come to wash and dry clothes and fell asleep. Deputies advised that REVETTE's eyes were bloodshot and his pupils were pin pointed. Deputy Byrd asked REVETTE whether he had smoked any drugs recently, and he stated no. REVETTE was asked to exit the vehicle and REVETTE gave Deputies verbal consent to search the car. Deputies located a small amount of a green leafy substance, believed to be marijuana, contained in a wrapped paper towel, contained in cigarette box inside the console of the car. Deputies further identified three loaded weapons in plain

2

view inside the vehicle. REVETTE was transported to the Covington County Jail for processing. Deputies later located a small plastic bag containing a small marijuana cigarette in REVETTE's watch pocket during the process of booking REVETTE into the Covington County Jail. REVETTE'S vehicle was towed by Martin's Towing Company. REVETTE was originally charged with Possession of marijuana in a motor vehicle and DUI other; however, after officers conducted an NCIC search and Court records search of REVETTE, officers determined that REVETTE was convicted of Domestic Violence in Covington County Justice Court on April 11, 2018 and Felony Possession of Schedule II Narcotics in Covington County in January 2015. Accordingly, REVETTE was additionally charged with Convicted Felon in Possession of a Firearm, three counts.

At approximately 9:30 a.m., this affiant arrived at the Covington County Sheriff's Office to assist with the ongoing investigation of LOUIE REVETTE. Deputy Sheriff McLaurin was able to provide this affiant court documents from the Covington County Circuit Court of REVETTE'S convictions and dispositions. *See Exhibit A*, attached hereto. This affiant identified the weapons as follows: a Black 22 Long Rifle (Serial # HCN2270), a Black Revolver with brown handle wrapped in electrical tape (Serial # AP 152939) and a Black Long Rifle 5.56 Cal (Serial # EA 3963). Further, this Affiant spoke with ATF Special Agent Shane Lynes, an Interstate Nexus Examiner, and based upon his training and experience, the above-mentioned firearms were not manufactured in the State of Mississippi. Therefore, these firearms would have affected interstate commerce.

At approximately 11:00 a.m., this Affiant and SA Grady Fisher met with REVETTE, while in custody at the Covington County Sheriff's Office. This Affiant read REVETTE a copy of the FBI Advice of Rights Form and REVETTE acknowledged he understood them and

signed the Advice of Rights Form. REVETTE also acknowledged verbally that he understood his Miranda warnings and agreed to speak to SA Fisher and TFO Harris. REVETTE explained in great detail when, where and how REVETTE obtained the three weapons that were confiscated from REVETTE on the day of his arrest. REVETTE admitted to Agents that the weapons belonged to him and he usually carries the weapons with him in his vehicle or while he is traveling on his boat at the Seminary Canoe Rental.

Based on the foregoing facts, Affiant respectfully submits that probable cause exists to issue an arrest warrant for LOUIE BERNARD REVETTE for a violation of Title 18 United States Code, Section 922(g) – Possession of a Firearm by a Convicted Felon.

_____
Task Force Officer Stephon E. Harris
Federal Bureau of Investigation

Sworn to Before Me on April 17, 2018.

_____
MICHAEL PARKER
U.S. MAGISTRATE JUDGE

4

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**            **CAUSE NO. 2014-024K**

**LOUIE REVETTE**            **DEFENDANT**
**SSN:**

**FILED** COVINGTON COUNTY JAN 1 2 2015 MELISSA DUCKWORTH, CIRCUIT CLERK BY_____ D.C.

### JUDGEMENT AND SENTENCE OF THE COURT

**THIS DAY**, this cause came on to be heard with the above named defendant being present in person and represented by counsel whereupon he was arraigned on a charges of;

**POSSESSION OF 1.5 GRAMS OF A SCHEDULED II CONTROLLED SUBSTANCE, TO-WIT: METHAMPHETAMINE (MCA 41-29-139)**

as set forth in the Indictment and to which charge the defendant entered a plea of not guilty.

Subsequently, the defendant filed a written application petitioning the Court to allow him to change his plea and allow him to enter a plea of guilty to the charge in the Indictment. The Court orally interrogated the defendant on matters touching on said guilty plea and finding said plea to be freely, knowingly, understandingly and voluntarily made and entered, accepted the defendant's plea of guilty.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that for the crime of;

**POSSESSION OF 1.5 GRAMS OF A SCHEDULED II CONTROLLED SUBSTANCE, TO-WIT: METHAMPHETAMINE (MCA 41-29-139)**

the defendant, **LOUIE REVETTE**, is hereby sentenced to serve a term of three (3) years under the supervision, direction and control of the Mississippi Department of Correction. Said three (3) years are suspended and the Defendant is placed on three (3) years supervised probation.

Defendant was incarcerated for 1 day from January 30, 2013 to January 30, 2013; for 1 day from April 25, 2013 to April 25, 2013 and for 1 day from January 17, 2014 to January 17, 2014, for a total of three (3) days.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant shall pay to the Clerk of this Court, court costs and assessments in the amount of $451.50 instanta.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant shall pay a fine to Covington County, Mississippi in the amount of $1,500.00 within six (6) months of the date of this order.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant agrees to forfeit any property seized at the time of his arrest, if any property was seized, to the seizing agency.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court retains jurisdiction of this case for one (1) year. If the Defendant has not paid said fine to Covington County, Mississippi in the amount of $1,500.00 within six (6) months of the date of this order, this Court reserves the right to re-sentence the Defendant within the guidelines set forth in the Statute.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant shall comply with the following conditions and failure to abide by any one of these conditions is sufficient to revoke the suspended portion of this Order. Post-Release Supervision is a privilege. It is not a right. It may be revoked for the slightest violation of this Order. The conditions are as follows:

(A) The defendant shall hereafter commit no offense against the laws of this State or any other State or of the United States of America.

(B) The defendant shall obey all orders of the Court and the Probation Officer

(C) The defendant shall avoid injurious or vicious habits, totally abstaining and avoiding the use of barbiturates, narcotics, marijuana or any habit forming drugs including all controlled substances.

(D) The defendant shall avoid persons and places of disreputable or harmful character and specifically avoid associations with any persons previously convicted of a crime and he shall not present himself at any location where a criminal act is being committed.

(E) The defendant shall report to the Probation Officer in person as ordered or directed by the Court once per month beginning as directed by the Court of the Probation Officer. The defendant must report in person as directed unless specifically excused by the Probation Officer in advance.

(F) The defendant will permit the Probation Officer or any other Mississippi Department of Corrections Field Officer to visit and search him at any time or anywhere and to search his home and vehicles without the necessity of a search warrant and without restrictions, reluctance or delay.

(G) The defendant will not leave the State of Mississippi without the express written consent and permission of the Court or the Probation Officer. The defendant will remain within the State of Mississippi unless authorized on proper application to the

Court and/or the Probation Officer. The procedure for making application is available upon request to the Probation Officer.

(H) The defendant will immediately notify the Probation Officer of any change in address, employment, marital status or arrest. The defendant shall not wait until a scheduled reporting date. The defendant must make this notice without delay.

(I) The defendant is to pay a probation supervision fee as directed by the Court of the Probation Officer.

(J) The defendant will support all dependants as required by law and conduct himself honorably at all times and have lawful employment.

(K) The defendant shall abstain from the use of alcohol in any form at all times. The use of alcohol may result in the revocation of the suspended sentence.

(L) The defendant shall waive extradition to the State of Mississippi from any jurisdiction where he may be found and he will not contest any effort by any jurisdiction to return him to the State of Mississippi.

(M) The defendant shall submit, as provided by law, to any type of breath saliva, urine or chemical analysis test, the purpose of which is to detect the possible presence of alcohol or any other substance prohibited or controlled by any law of the State of Mississippi or the United States.

(N) The defendant is hereby advised that under the laws of the State of Mississippi, this Court shall determine the terms and conditions of his post-release supervision, and may, at any time during the period of post-release supervision, alter, modify, extend, terminate or direct the enforcement of the above sentence.

(O) The defendant shall comply with this Order and all future Orders of this Court made and entered in this cause. As an additional condition of post-release supervision, the defendant shall not possess any firearm or other weapons or devices as described in Section 97-37-5 (1) of the Miss. Code of 1972 annotated.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2015.

EDDIE H. BOWEN
CIRCUIT JUDGE

STATE OF MISS., COVINGTON COUNTY
CERTIFIED A TRUE COPY
APR 1 6 2018
MELISSA DUCKWORTH, CIRCUIT CLERK
BY _____ D.C.

In the Circuit Court of _____ County          Cause No. _____

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS:

## NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the **January, 2015** term of the Circuit Court, Judge **Eddie H. Bowen** presiding, the following disposition was imposed for the crime(s) hereinafter described:

I. A. Disposition(s) Reported: ☐ Prisoner Commitment  ☒ Suspended Sentence/Probation  ☐ Revocation  ☐ Acquittal  ☐ Other
(Check those which apply to all counts reported)                                                                                                                                Enter in §IV

A-1. Provisional Sentence: ☐ Non-Adjudication  ☐ Sentenced under RIC  ☐ Sentenced under Shock Probation
☐ Bad Check Diversionary Program  ☐ Restitution in _____ County

B. Conviction as Result of: ☒ Guilty Plea  ☐ Guilty Plea after ___ days of Commencement of Trial
☐ Jury Verdict after ___ days in Trial.  ☐ Revocation Hearing

II. Name **Louie Revette**           Alias _____
SSN _____  Race **White**  Sex **Male**  Date of Birth _____
Last Known Residence _____ Rd Seminary, MS 39479
Place of Birth _____  Country of Citizenship **USA**
Alien Registration/Immigration # A-_____  FBI # _____

III. Count I Charge **Possession of 1.5 Grams Schedule II Controlled Substance To Wit, Methamphetamine**
Indicted Under MS Code § **41-29-139**   Sentenced Under MS Code § **41-29-139**
Count II Charge _____
Indicted Under MS Code § _____   Sentenced Under MS Code § _____
Count III Charge _____
Indicted Under MS Code § _____   Sentenced Under MS Code § _____

IV. Date of Sentence **1-8-15**   Credit for Time Served (ONLY for this/these charge(s)) **3** days
Sentence(s) Imposed by Order: Count I **3 years**  Count II ___  Count III ___
(Prior to any suspended portion)

| ☐ Check if recording additional counts on reverse side | Portion of Sentence to be Served (Yrs/Mos) | Portion of Sentence Suspended (Yrs/Mos) | To be Served on Probation (Yrs/Mos) | Other/Method of Disposition (Refer to legend on back of form) |
|---|---|---|---|---|
| Count I | 3 years | 3 years | 3 years | |
| Count II | | | | |
| Count III | | | | |

_____ to run concurrent with _____
_____ to run consecutive to _____

Conditions/Designation of Sentence: ☐ Habitual  ☐ Psychological/Psychiatric  ☐ Alcohol/Drug Treatment/Testing  ☐ Other ___

V. Dates Confined    **1-30-13**    to **1-30-13**
in Jail              **4-25-13**    to **4-25-13**
[On this/these       **1-17-14**    to **1-17-14**
charge(s) only]      _____    to _____
Released on Bond Pending Appeal _____ to _____
Defendant Currently Housed in: _____

VI. Fine $ **1,500.00**   Indigent Fee $ ___  Restitution $ ___
Court Costs $ ___  Attorney Fees $ ___  Other Fees $ ___
Conditions of Payment: **Pay fine within 6 months of this order which will be July 8, 15**

Send Prisoner Commitments, Provisional Sentence
Orders and Revocation Orders to:
Director of Records       INS Liaison
MDCC                      MS Supreme Court
P.O. Box 24388            P.O. Box 117
Jackson, MS 39225-4388    Jackson, MS 39205-0117

Send Suspended Sentence/Probation Notices, Provisional
Sentence Orders and Revocation Orders to:
Data Operations           INS Liaison
MDCC                      MS Supreme Court

**Melissa Duckworth**
Circuit Clerk

By **Alice Hayes**
Date: **1-21-15**

STATE OF MISSISSIPPI
COUNTY OF COVINGTON
13TH CIRCUIT DISTRICT

CAUSE NO. 2014-024K
JANUARY 2014 TERM

The GRAND JURORS for the State of Mississippi, taken from the body of good and lawful men and women of Covington County, Mississippi, elected, impaneled, sworn and charged to inquire in and for said County and State aforesaid, in the name and by the authority of the State of Mississippi, upon their oath presents that:

### LOUIE REVETTE

in said County and State, on or about the 30th day of January, A. D., 2013, did willfully, unlawfully and feloniously sell to a confidential informant a Schedule II Controlled Substance, to wit: Methamphetamine, in violation of Section 41-29-139 of the Mississippi Code of 1972, annotated,

contrary to the form of the statute in such cases made and provided and against the peace and dignity of the State of Mississippi.

_____
DISTRICT ATTORNEY

_____
FOREMAN OF THE GRAND JURY

I, _____, am foreman of the aforesaid Grand Jury. This Indictment was concurred in by twelve (12) or more members of the Grand Jury and fifteen (15) or more members were present to hear the sworn testimony of the witness and/or witnesses and during the deliberations.

_____
FOREMAN OF THE GRAND JURY

Filed 13 day of January 2014

_____
CLERK
D.C.

Recorded 13 day of January 2014

_____
CLERK
D.C.

I, Melissa Duckworth, Clerk of the Circuit Court in and for the above jurisdiction, hereby certify that the above and foregoing is a true and correct copy of the original as same appears in Indictment Book No. _____ at Page No. _____, in said office.

Witness my hand and seal of office, this the 13 day of January 2014.

_____
CLERK
D.C.